United States District Court
Northern District of California

1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    NORTHERN DISTRICT OF CALIFORNIA
10
11   KIMONI THOMAS,                          Case No.  15-cv-03491-WHO (PR)
                Petitioner,
12
          v.                                 **ORDER EXTENDING TIME**
13
     MACCOMBER,
14
                Respondent.                  Dkt. No. 8
15
16
17        Respondent's motion to extend time to file a response to the petition (Docket No. 8)
18   is GRANTED.  The response shall be filed on or before November 19, 2015.
19        The Clerk shall terminate Docket No. 8.
20        **IT IS SO ORDERED.**
21   **Dated:**  October 26, 2015
22                                           _____
                                             WILLIAM H. ORRICK
23                                           United States District Judge
24
25
26
27
28